UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASHLEY WRIGHT,<br><br>                      Plaintiff,<br>  v.<br><br>MJMG GROUP LLC, et al.,<br><br>                      Defendants. | CASE NO. 3:25-CV-05253-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND RECOMMENDING SCREENING |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED.

Because Plaintiff has filed this lawsuit seeking IFP status, the Court shall consider whether Plaintiff has adequately stated a claim. *See* 28 U.S.C. § 1915(e)(2). Therefore, Plaintiff is advised the assigned United States District Judge will review the Complaint under §1915(e)(2)(b). The Court further advises that summons may not be issued and further filings submitted by Plaintiff may not be considered until after the assigned District Judge completes the review.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
RECOMMENDING SCREENING - 1

1 | The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the
2 | District Judge assigned to this case.
3 | Dated this 10th day of April, 2025.

_____
David W. Christel
United States Magistrate Judge